CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

SEP 1 3 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **RONALD SHOEMAKER,** | ) | |
| Petitioner, | ) | Civil Action No. 7:05cv00139 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that the respondent's motion to dismiss shall be and hereby is **GRANTED;** the petitioner's motion

to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 shall be and hereby is **DENIED**;

and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying

Memorandum Opinion to petitioner Ronald Shoemaker and to counsel of record for the respondent.

ENTER:     This *13th* day of September, 2005.

Senior U.S. District Judge